# IN THE SUPREME COURT OF THE STATE OF NEVADA

NGO TUAN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK,
Respondent,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 77802

FILED

FEB 20 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This pro se petition for a writ of certiorari challenges the grand jury indictment. We have reviewed the documents submitted in this matter, and we decline to exercise original jurisdiction because petitioner is represented by counsel in the proceedings below, and petitioner should proceed by and through his counsel. Accordingly, we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc:    Ngo Tuan
       Clark County Public Defender's Office
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk